|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| CECILIA MEJIA, | ) | Old Case No.  1: 05 CV 01375 AWI DLB |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) | New Case No. 1: 05 CV 01375 AWI TAG |
|  | ) |  |
| v. | ) | ORDER TO SHOW CAUSE RE |
|  | ) | SANCTIONS; |
| TRAILINER CROP., and | ) |  |
| RONNIE WOOD, et al., | ) | ORDER SETTING SCHEDULING |
| Defendants. | ) | CONFERENCE; and |
|  | ) |  |
|  | ) | ORDER TRANSFERRING CASE |

Complaint in this action was filed in the Superior Court of California, Kern County on July 11, 2005.  On October 31, 2005 Defendants, acting through their attorney Raymond D. McElfish, filed a notice of removal of the action to this Court.  On November 1, 2005 an Order Setting Scheduling Conference (Fed. R. Civ. P. 16) was issued by the undersigned and served electronically on Defendants.  Among other things the Order set a Scheduling Conference to be heard December 20, 2005 at 9:15 a.m. in Courtroom 5 before the undersigned.  The Order also directed attorneys for the parties to meet and confer and to prepare a Joint Scheduling Conference Report addressing matters set forth in some detail in the Order and to file the Joint Scheduling Conference Report with the Court prior to the Joint Scheduling Conference.  The Order included a warning regarding sanctions for failure to comply

1

**SHOULD COUNSEL OR A PARTY APPEARING *PRO SE* FAIL TO APPEAR AT THE MANDATORY SCHEDULING CONFERENCE, OR FAIL TO COMPLY WITH THE DIRECTIONS AS SET FORTH ABOVE, AN EX PARTE HEARING MAY BE HELD AND JUDGMENT OF DISMISSAL, DEFAULT, OR OTHER APPROPRIATE JUDGMENT MAY BE ENTERED, OR SANCTIONS, INCLUDING CONTEMPT OF COURT, MAY BE IMPOSED AND/OR ORDERED**

On December 8, 2005 Plaintiff filed a Scheduling Conference Report. Counsel for Plaintiff stated in the Report that he had attempted to contact counsel for Defendants by telephone regarding the preparation of the Joint Scheduling Conference Report and had left a message but had received no response. On December 20, 2005 at 9:15 a.m. Mr. Welchans, counsel for Plaintiff, appeared by phone at the Scheduling Conference. Counsel for Defendants failed to appear and failed to contact the Court regarding the Scheduling Conference.

Accordingly, IT IS HEREBY ORDERED that counsel for Defendants appear, in person, before this Court on January 4, 2006 at 8:30 a.m. and Show Cause, if any there may be, why appropriate sanctions should not be imposed on counsel and/or the Defendants for the failure to comply with this Court's Order Setting Scheduling Conference and for failure to appear at Scheduling Conference as ordered on December 20, 2005.

A Scheduling Conference shall be held on January 4, 2006 immediately following hearing on the Order to Show Cause. Defendants are ORDERED to contact Plaintiff and to meet and confer regarding the preparation of a Joint Scheduling Conference Report in conformity with this Court's Order Setting Scheduling Conference. It shall be the obligation of Defendant's counsel to contact Plaintiff's counsel and arrange for a conference in connection with the preparation of the Report and the Report shall be prepared and filed by Defendants no later than January 2, 2006.

Plaintiff's counsel may appear by telephone at both the Order to Show Cause and the

1  Scheduling Conference, but should notify the Court in advance if he desires to appear
2  telephonically.
3       It appearing that this matter is venued in Kern County this matter is reassigned from the
4  undersigned to U.S. Magistrate Judge Theresa A. Goldner.  The new case number is  1: 05 CV
5  01375 AWI TAG.  Subsequent to the hearing on the Order to Show Cause and the Scheduling
6  Conference discussed above all appearances before the Magistrate Judge assigned to this action
7  shall be before U. S. Magistrate Judge Theresa A. Goldner, either in her chambers at 1200
8  Truxtun Avenue, Bakersfield, California or in the Bankruptcy Court at 1300 18th Street,
9  Bakersfield, California.
10      IT IS SO ORDERED.
11   Dated:   December 21, 2005              /s/ Dennis L. Beck
   3b142a                              UNITED STATES MAGISTRATE JUDGE