1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MEJIA, | CASE NO. 1:05-cv-01375 TAG |
| Plaintiff, | ORDER DISMISSING CASE AFTER STIPULATION OF DISMISSAL (Doc. 22) |
| vs. | |
| TRAILINER CORP., et al., | |
| Defendants. / | |

The parties in the above-captioned action have filed a Stipulation for Dismissal After Settlement.  (Doc. 22).

After service of an answer, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), dismissal may be effected via the filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan Assoc., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. P. 41(a)(1)(ii).  Eitel, 782 F.2d at 1473 n.4.

Given that a stipulation for dismissal as to all parties sufficient under Rule 41(a)(1)(ii) has been filed, this case has terminated.  See Fed. R. Civ. P. 41(a)(1)(ii); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1988); Gardiner v. A.H. Robins Co., 747 F.2d 1180, 1189 (8th Cir. 1984); see also

1 | Gambale v. Deutsche Bank AG, 377 F.3d 133, 139 (2d Cir. 2004); Commercial Space Mgmt. v.
2 | Boeing., 193 F.3d 1074, 1077 (9th Cir. 1999); cf. Wilson, 111 F.3d 688, 692 (9th Cir. 1997).
3 |     Therefore, IT IS HEREBY ORDERED that this matter be DISMISSED.
4 |
5 | IT IS SO ORDERED.
6 | Dated: **September 28, 2006**                                    /s/ **Theresa A. Goldner**
    **j6eb3d**                                                  UNITED STATES MAGISTRATE JUDGE